# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA MCGREGOR and THOMAS MCGREGOR,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 2:23-cv-00733-KJM-CKD<br><br>District Judge: Hon. Kimberly J. Mueller<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs MARLA MCGREGOR and THOMAS MCGREGOR ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $156,795.84 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: October 12, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE