# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA MCGREGOR and THOMAS MCGREGOR,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:23-cv-00733-KJM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

On January 9, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from January 9, 2024 to March 11, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiffs' fees, costs, and expenses are decided and funding satisfied.

-2-

IT IS SO ORDERED.

Dated: January 12, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE