# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA MCGREGOR and THOMAS MCGREGOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:23-cv-00733-KJM-CKD<br><br>District Judge: Kimberly J. Mueller<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiffs MARLA MCGREGOR and THOMAS MCGREGOR ("Plaintiffs") and Defendant FCA US LLC have agreed FCA US LLC will pay $20,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

    Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $20,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by March 18, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

1  **IT IS SO ORDERED.**
2  DATED: January 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE